12-05882 / 11-12570
Creative Investments GP

**Final Claims Register**

*Numerical Order*

| Claim # | Claim Status | Case | Amount | Basis for Claim | Date Filed | Classification | Claimant |
|---|---|---|---|---|---|---|---|
| 35 | Pending | Creative Investments, a General Partnership (11-12579) | $500.00 | Taxes | 9/15/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 224 | Disallowed | Creative Investments, a General Partnership (11-12579) | $58,482.33 | Goods Sold | 1/25/2012 | Unsecured | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 224 | Disallowed | Creative Investments, a General Partnership (11-12579) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 224 | Disallowed | Creative Investments, a General Partnership (11-12579) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 356 | Pending | Creative Investments, a General Partnership (12-05882) | $4,208.812.20 | Outstanding balance on Promissory Note | 3/8/2012 | Unsecured | BMO Harris Bank NA (Ken Kramer) 111 W. Monroe St., Fl. 4, Chicago, IL 60603-4096 |
| 356 | Pending | Creative Investments, a General Partnership (12-05882) | $4,208,812.20 | Outstanding balance on Promissory Note | 3/8/2012 | Secured | BMO Harris Bank NA (Ken Kramer) 111 W. Monroe St., Fl. 4, Chicago, IL 60603-4096 |
| 394 | Pending | Creative Investments, a General Partnership (12-05882) | $ unknown | see appendix | 3/8/2012 | Unsecured | Brenda Porter Helms, solely as the Chapter 7 Trustee for the Estate of Veluchamy (11-33413) c/o Barry Chatz, Esq., Arnstein & Lehr LLP, 120 S. Riverside Plaza,12th, Chicago, IL 60606 |
| 422 | Pending | Creative Investments, a General Partnership (12-05882) | Unliquidated (see Rider) | See attached Rider | 3/9/2012 | Unsecured | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 422 | Pending | Creative Investments, a General Partnership (12-05882) | Unliquidated | See attached Rider | 3/9/2012 | Unsecured Priority | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 438 | Withdrawn | Creative Investments, a General Partnership (12-05882) | $3,735.00 | Tax preparation | 3/9/2012 | Unsecured | Bradford R. Dooley & Assoc. (Bradford R. Dooley) 209 W. Jackson Blvd., Ste. 404, Chicago, IL 60606-6934 US |
| 508 | Withdrawn | Creative Investments, a General Partnership (12-05882) | 0 | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| AC35-1 | Pending | Creative Investments, a General Partnership (11-12579) | $0.00 | Taxes | 11/20/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |